# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LATESHA MORGAN**                                                                           **PLAINTIFF**

**v.**                                        **4:07-CV-01116-WRW**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                                  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. No objections were filed. The Findings and Recommendations are adopted in their entirety as this Court's findings. Accordingly, judgment will be entered affirming the final determination of the Commissioner and dismissing Plaintiff's Complaint with prejudice.

IT IS SO ORDERED this 11th day of December, 2008.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE