IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LATESHA MORGAN**                                                                                      **PLAINTIFF**

**v.**                                              **4:07-CV-01116-WRW**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 11th day of December, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE